UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Freedom Coalition of Doctors for Choice | § § § § | |
| *Plaintiff* | § | |
| v. | § § | Case No. 2:23-cv-00009 |
| Centers for Disease Control | § § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Christopher Wiest                                                                                          , with offices at

25 Town Center Blvd., Ste. 104
(Street Address)

Crestview Hills                                      KY                              41017
(City)                                               (State)                        (Zip Code)

513-257-1895                                         859-495-0803
(Telephone No.)                                      (Fax No.)

**II.**   Applicant will sign all filings with the name  Christopher Wiest                             .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Freedom Coalition of Doctors for Choice

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**  Applicant is a member in good standing of the bar of the highest court of the state of _____Ohio_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 0077931    Admission date: 11/8/2004

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please See attached List | | |
| | | |
| | | |

**VI.**  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

See attached Exhibit A

**VII.**  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

See Attached Exhibit A

**VIII.**  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None/NA

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

10/13/2022                  6:22-cv-00049, Shelske, et. al. v. Austin, et. al.

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

John Sullivan                                                                , who has offices at

610 Uptown Boulevard, Suite 2000
(Street Address)

Cedar Hill                              TX                   75104
(City)                                  (State)              (Zip Code)

(469) 523–1351                          (469) 613-0891
(Telephone No.)                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of January                , 2023    .

Christopher Wiest
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.