## CHRISTOPHER WIEST
### Admitted to Practice Before the Following Courts

| Court | Admission Date | Active or Inactive |
|---|---|---|
| State of Ohio | November 8, 2004 | Active |
| Commonwealth of Kentucky | May 5, 2005 | Active |
| U.S. District Court for the Northern District of Ohio | December 6, 2004 | Active |
| U.S. District Court for the Southern District of Ohio | February 1, 2005 | Active |
| U.S. District Court for the Eastern District of Kentucky | February 7, 2006 | Active |
| U.S. District Court for the Western District of Kentucky | January 30, 2006 | Active |
| U.S. District Court, District of Columbia | September 13, 2021 | Active |
| Sixth Circuit Court of Appeals | November 22, 2004 | Active |
| D.C. Circuit Court of Appeals | December 20, 2004 | Active |