Exhibit A

I was suspended from the practice of law in Ohio in December, 2016, for two years, with the second year stayed, reported at *Cincinnati Bar Association v. Wiest*, 148 Ohio St.3d 683, 2016-Ohio-8166 (Ohio 2016), based on the facts and circumstances contained in that reported decision, and was reinstated in January, 2018, at *Cincinnati Bar Assn. v. Wiest*, 152 Ohio St.3d 1269, 2018-Ohio-187.

Reciprocal suspensions from that Ohio suspension occurred in the Southern District of Ohio in Case No. 2:16-mc-00060 on May 12, 2017 (Doc. 5), with reinstatement on February 13, 2018 (Doc. 15); reciprocally suspended in Kentucky on April 27, 2017, reported at *Kentucky Bar Ass'n v. Wiest*, 514 S.W.3d 530 (Ky. 2017), with reinstatement following character and fitness proceedings, on November 1, 2018, at *Wiest v. Ky. Bar Ass'n*, 558 S.W.3d 470 (Ky. 2018); and was reciprocally suspended in the Eastern and Western Districts of Kentucky in June, 2017, with reinstatement occurring in both courts in November, 2018.  The Chief Judge for the Northern District of Ohio, after submission to a panel, found a fundamental due process violation in the Ohio proceedings and declined to impose reciprocal discipline.

The foregoing discipline has been fully satisfied, and I am presently in good standing in all jurisdictions in which I am admitted.