IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:23-CV-009-Z |
| CENTER FOR DISASE CONTROL, | § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is Plaintiff's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 2), filed on January 13, 2023. The Court will defer ruling on the Application because Plaintiff failed to comply with Local Rule 83.10(a). Under that rule, local counsel must reside or maintain the attorney's principal office in this district and the attorney's residence or principal office must be located within 50 miles of the courthouse in the division in which the case is pending. Plaintiff's designated local counsel's office is in Cedar Hill, Texas. *See* ECF No. 2 at 3. Therefore, Plaintiff is **ORDERED** to obtain local counsel consistent with Local Rule 83.10(a) or file for leave to proceed without local counsel supported by good cause.

**SO ORDERED.**

January 20, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE