IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:23-CV-009-Z |
| CENTER FOR DISASE CONTROL, | | |
| Defendant. | | |

## ORDER

Before the Court is Plaintiff's Motion to Proceed Without Local Counsel ("Motion") (ECF No. 6), filed on January 23, 2023. Plaintiff's counsel maintains his office in the Northern District of Texas and can attend any hearing scheduling by the Court in this case. Accordingly, the Court **GRANTS** the Motion. The Court also **GRANTS** Plaintiff's Application for Admission *Pro Hac Vice* (ECF No. 2) and hereby **ORDERS** that Christopher Wiest may represent Plaintiff in this matter, subject to further order of the Court.

**SO ORDERED**.

January 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE