**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISON**

FREEDOM COALITION OF DOCTORS FOR
CHOICE,

                    Plaintiff,

       v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION,

                    Defendant.

Civil Action No. 2:23-cv-00009-Z

**<u>SUMMONS RETURNED EXECUTED</u>**

I, John Sullivan, hereby declare as follows:

1.     I am counsel of record to the Plaintiff in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge.

2.     Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned delivered a copy of the Complaint, Exhibits, and Summons by Certified Mail to the following:

> Centers for Disease Control and Prevention, c/o U.S. Department of Health General Counsel, 200 Independence Avenue, S.W., Washington, D.C. 20201, which was delivered to the addressee on **January 20, 2023**, as verified by United States Postal Service tracking information obtained online (Exhibit 1);

> Civil Process Clerk, Office of the United States Attorney for the Northern District of Texas, 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101, which was delivered to the addressee on **January 20, 2023**, as verified by United States Postal Service tracking information obtained online (Exhibit 2); and

> Merrick Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, which was delivered to the addressee on **January 23, 2023**, as verified by United States Postal Service tracking information obtained online (Exhibit 3).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 1, 2023                    */s/ John C. Sullivan*

                                            John C. Sullivan
                                            S|L LAW PLLC
                                            Texas Bar Number: 24083920
                                            610 Uptown Boulevard, Suite 2000
                                            Cedar Hill, Texas 75104
                                            (469) 523–1351 (v)
                                            (469) 613-0891 (f)
                                            john.sullivan@the-sl-lawfirm.com