# Exhibit 1

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70220410000241066784

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:20 pm on January 20, 2023 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
January 20, 2023, 12:20 pm

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

Case 2:23-cv-00009-Z   Document 8-1   Filed 02/01/23   Page 3 of 3   PageID 44

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs