# Exhibit 2

Case 2:23-cv-00009-Z   Document 8-2   Filed 02/01/23   Page 2 of 3   PageID 46

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70220410000241066760**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:51 pm on January 20, 2023 in AMARILLO, TX 79101.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

AMARILLO, TX 79101
January 20, 2023, 12:51 pm

See All Tracking History

---

**Text & Email Updates**  ˅

**USPS Tracking Plus®**  ˅

**Product Information**  ˅

See Less ˄

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs