# Exhibit 3

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70220410000241066777

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:50 am on January 23, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 23, 2023, 6:50 am

See All Tracking History

Feedback

Text & Email Updates                                                                                    ⌄

USPS Tracking Plus®                                                                                     ⌄

Product Information                                                                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs