IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>　　　　Defendant. | Civil Action No. 2:23-cv-9-Z |

### PROPOSED ORDER

Upon consideration of Defendant's Motion to Dismiss, and the parties' related submissions, the Court **GRANTS** the motion. The above-captioned matter is hereby **DISMISSED** for lack of subject-matter jurisdiction.

**SO ORDERED** on _____.

_____

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE