UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>                                Plaintiff,<br><br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>                              Defendant. | Civil Action No. 2:23-CV-009-Z |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Freedom Coalition of Doctors for Choice by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all claims against Defendant Centers for Disease Control and Prevention in this matter.

Dated: March 14, 2023

/s/ *John C. Sullivan*
John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523–1351 (v)
(469) 613-0891 (f)
john.sullivan@the-sl-lawfirm.com

Christopher Wiest (pro hac vice)
Chris Wiest, Atty at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, KY 41017
(513) 257-1895 (c)
(859) 495-0803 (f)
chris@cwiestlaw.com

*Attorneys for Plaintiff*