

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FREEDOM COALITION OF DOCTORS FOR CHOICE,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendant. | 2:23-CV-009-Z |

## NOTICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal (ECF No. 13), filed on March 14, 2023. The filing is "a notice of dismissal" filed "before the opposing party serve[d] either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendant has done neither. Plaintiff is entitled to voluntary dismissal without prejudice because a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (internal marks omitted). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

March 20, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE